IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRITTANY ATES, , | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00201-TES |
| | * |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, INC., | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 25, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 28th day of October, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk